AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
Eastern District of Washington

| | |
|---|---|
| C.A.R.E. et al., | ) |
| *Plaintiff* | ) |
| v. | )      Civil Action No.  13-CV-3017-TOR |
| | ) |
| | ) |
| GEORGE & MARGARET LLC, et al., | |
| *Defendant* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❑   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❑   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑   other:    Judgment entered in favor of Plaintiffs in accordance with the agreed Consent Decree.

This action was *(check one)*:

❑   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❑   tried by Judge _____ without a jury and the above decision
was reached.

☑   decided by Judge   THOMAS O. RICE _____ on an agreed Consent Decree
(ECF No. 168).

Date:   May 19, 2015 _____

CLERK OF COURT

SEAN F. McAVOY _____

s/ Linda L. Hansen _____
             *(By) Deputy Clerk*

Linda L. Hansen _____