Charles M. Tebbutt, WSBA# 47255
Daniel C. Snyder, *pro hac vice*
LAW OFFICES OF CHARLES M. TEBBUTT, P.C.
941 Lawrence St.
Eugene, OR  97401
Telephone: (541) 344-3505
charlie.tebbuttlaw@gmail.com

*Additional Counsel on signature page*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| COMMUNITY ASSOCIATION FOR RESTORATION OF THE ENVIRONMENT, INC., a Washington Non-Profit Corporation<br>    *and*<br>CENTER FOR FOOD SAFETY, INC., a Washington D.C. Non-Profit Corporation,<br><br>             Plaintiffs,<br><br>    v.<br><br>GEORGE & MARGARET, LLC, a Washington Limited Liability Company,<br>    *and*<br>GEORGE DeRUYTER & SON DAIRY, LLC, a Washington Limited Liability Company,<br>    *and*<br>D&A DAIRY and D&A DAIRY LLC, a Washington Limited Liability Company,<br>             Defendants | Case No.:  2:13-CV-3017-TOR<br><br>STIPULATED LIMITED PROTECTIVE ORDER |

STIPULATED LIMITED PROTECTIVE ORDER - 1

1  Pursuant to Federal Rule of Civil Procedure 26, it is hereby stipulated by and between the Parties through their respective counsel and Ordered that the following Stipulated Limited Protective Order for expedited delivery of financial information be entered to give effect to the terms and conditions set forth below.

1. Except for receipt of public or quasi-public funds, all financial information produced by Defendants on May 7, 2020 and BATES LABELED DeRuyter000001-000018 (hereafter, the "Documents") is hereby designated and marked as ATTORNEYS' EYES ONLY. As such, the Documents shall only be viewed by Plaintiffs' counsel and not shared with any other persons or entities without prior consent of Defendants or order of the Court.

2. The Parties further agree that Plaintiffs shall not submit any of the Documents to the Court, or use any of the Documents in open court, unless and until the following has occurred:

 a. Plaintiffs notify Defendants' counsel at least 3 days in advance of the submission date of their intent to submit any Documents marked ATTORNEYS' EYES ONLY to the Court or use any Documents marked ATTORNEYS' EYES ONLY in open court; and

 b. Plaintiffs have specifically identified in writing to Defendants at least 3 days in advance of the submission date which Documents marked ATTORNEYS' EYES ONLY they intend to submit or use; and

 c. Defendants have agreed to the submission and use of Documents marked ATTORNEYS' EYES ONLY in open court; or

STIPULATED LIMITED PROTECTIVE ORDER - 2

    d.  Defendants have sought and obtained a ruling from the Court related to Plaintiffs' obligation, if any, to submit some or all of the Documents under seal; or

    e.  Defendants have failed to seek a ruling from the Court related to the sealing of the Documents within 3 days of Plaintiffs' notification to Defendants as set forth in Paragraphs 2(a) and 2(b) above.

ORDERED THIS 13th DAY of May 2020.



Thomas O. Rice
Chief United States District Judge

STIPULATED LIMITED PROTECTIVE ORDER - 3

JOINTLY SUBMITTED THIS 7TH DAY of MAY, 2020.

/s/ Charles M. Tebbutt
Charles M. Tebbutt (WSBA #47255)
Daniel C. Snyder, *pro hac vice*
LAW OFFICES OF CHARLES M. TEBBUTT, P.C.
941 Lawrence St.
Eugene, OR  97401
Telephone: (541) 344-3505
charlie@tebbuttlaw.com
dan@tebbuttlaw.com

*Counsel for Plaintiffs*

STOKES LAWRENCE
VELIKANJE MOORE & SHORE.


By: /s/ Brendan V. Monahan
    Brendan V. Monahan (WSBA #22315)
    Mathew L. Harrington (WSBA #33276)
    John-Philip J. Schroeder (WSBA #50536)
    Attorneys for Defendants
    Stokes Lawrence Velikanje Moore & Shore
    120 N. Naches Avenue
    Yakima, WA  98901-2757
    Telephone:  (509) 853-3000
    Fax:  (509) 895-0060
    Email:  bvm@stokeslaw.com

STIPULATED LIMITED PROTECTIVE ORDER - 4