Charles M. Tebbutt, WSBA# 47255
Daniel C. Snyder, *pro hac vice*
LAW OFFICES OF CHARLES M. TEBBUTT, P.C.
941 Lawrence St.
Eugene, OR  97401
Telephone: (541) 344-3505
charlie.tebbuttlaw@gmail.com

*Additional Counsel on signature page*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| COMMUNITY ASSOCIATION FOR RESTORATION OF THE ENVIRONMENT, INC., a Washington Non-Profit Corporation<br>    *and*<br>CENTER FOR FOOD SAFETY, INC., a Washington D.C. Non-Profit Corporation,<br><br>        Plaintiffs,<br><br>    v.<br><br>GEORGE & MARGARET, LLC, a Washington Limited Liability Company,<br>    *and*<br>GEORGE DeRUYTER & SON DAIRY, LLC, a Washington Limited Liability Company,<br>    *and*<br>D&A DAIRY and D&A DAIRY LLC, a Washington Limited Liability Company,<br>        Defendants | Case No.:  2:13-CV-3017-TOR<br><br>SECOND STIPULATED LIMITED PROTECTIVE ORDER |

SECOND STIPULATED LIMITED PROTECTIVE ORDER - 1

Pursuant to Federal Rule of Civil Procedure 26, it is hereby stipulated by and between the Parties through their respective counsel and Ordered that the following Stipulated Limited Protective Order for expedited delivery of financial information be entered to give effect to the terms and conditions set forth below.

1. Except for receipt of public or quasi-public funds, all financial information produced by Defendants on June 1, 2020 and BATES LABELED DeRuyter0000019-000100 (hereafter, the "Documents") is hereby designated and marked as ATTORNEYS' EYES ONLY. As such, the Documents shall only be viewed by Plaintiffs' counsel and not shared with any other persons or entities without prior consent of Defendants or order of the Court.

2. The Parties further agree that Plaintiffs shall not submit any of the Documents to the Court, or use any of the Documents in open court, unless and until the following has occurred:

    a. Plaintiffs notify Defendants' counsel at least 3 days in advance of the submission date of their intent to submit any Documents marked ATTORNEYS' EYES ONLY to the Court or use any Documents marked ATTORNEYS' EYES ONLY in open court; and

    b. Plaintiffs have specifically identified in writing to Defendants at least 3 days in advance of the submission date which Documents marked ATTORNEYS' EYES ONLY they intend to submit or use; and

    c. Defendants have agreed to the submission and use of Documents marked ATTORNEYS' EYES ONLY in open court; or

    d.  Defendants have sought and obtained a ruling from the Court related to Plaintiffs' obligation, if any, to submit some or all of the Documents under seal; or

    e.  Defendants have failed to seek a ruling from the Court related to the sealing of the Documents within 3 days of Plaintiffs' notification to Defendants as set forth in Paragraphs 2(a) and 2(b) above.

ORDERED THIS 15th DAY of June 2020.



_____
Hon. Thomas O. Rice
Chief United States District Judge

JOINTLY SUBMITTED THIS 2nd DAY of JUNE, 2020.

/s/ Charles M. Tebbutt
Charles M. Tebbutt (WSBA #47255)
Daniel C. Snyder, *pro hac vice*
LAW OFFICES OF CHARLES M. TEBBUTT, P.C.
941 Lawrence St.
Eugene, OR  97401
Telephone: (541) 344-3505
charlie@tebbuttlaw.com
dan@tebbuttlaw.com

*Counsel for Plaintiffs*

**LYNN PINKER HURST & SCHWEGMANN LLP**

*/s/ Kent D. Krabill*
Kent D. Krabill, *Pro Hac Vice*
Texas Bar No. 2406115
Lynn Pinker Hurst & Schwegmann, LLP
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone:(214) 981-3800
Facsimile: (214) 981-3839
Email: kkrabill@lynnllp.com

*Counsel for Defendants*

**HALVERSON NORTHWEST LAW GROUP**

*/s/ James S. Elliott*
James S. Elliott, WSBA #28420
Halverson Northwest Law Group
405 E. Lincoln Ave.
Yakima, Washington 98901
Telephone: (509) 248-6030
Facsimile:  (509) 453-6880
Email:  jelliott@hnw.law

*Local Counsel for Defendants*

SECOND STIPULATED LIMITED PROTECTIVE
ORDER - 4